Lamar Cantelou, Appellant, v. Alfred T. Renfro by his next friend Albertus W. Vogt, Appellee.

### Division A.

Appeal from Circuit Court, Marion county; William S. Bullock, Judge.

John G. Reardon for appellant.

R. L. Anderson for appellee.

The bill in this cause was filed by the appellee against the appellant. There were decrees for the complainant, and the defendant appeals. The decrees are affirmed.

Decision *Per Curiam.*